Approved: __*Kaylan E. Lasky*__         22 Mag 2430
          KAYLAN E. LASKY
          Assistant United States Attorney

Before:   THE HONORABLE ROBERT W. LEHRBURGER
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA        :   **COMPLAINT**
                              :
      - v. -                  :   Violation of 21 U.S.C.
                              :   § 846
JERSON PENA FERNANDEZ,          :
                              :   COUNTY OF OFFENSE:
               Defendant.     :   BRONX
                              :
- - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

        DOUGLAS LANSING, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
### (Narcotics Conspiracy)

        1.   From at least in or about February 2022 up to and including in or about March 14, 2022, in the Southern District of New York and elsewhere, JERSON PENA FERNANDEZ, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

        2.   It was a part and an object of the conspiracy that JERSON PENA FERNANDEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

        3.   The controlled substance that JERSON PENA FERNANDEZ, the defendant, conspired to distribute and possess with intent to distribute was 400 grams and more of mixtures and substances

containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

4. I am a Detective with the NYPD and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, and my conversations with other law enforcement officers and witnesses, as well as my review of documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

**February 17, 2022**

5. Based on my participation in this investigation, physical surveillance, my review of materials available on law enforcement databases, my conversations with other law enforcement officers, and my training and experience, I have learned, in substance and in part, the following:

a. On or about February 17, 2022, I observed an individual — who I identified as JERSON PENA FERNANDEZ, the defendant, based on my review of photographs of FERNANDEZ on law enforcement databases — enter a particular building located in the vicinity of East 208th Street and Steuben Avenue in the Bronx, New York ("Building-1"). FERNANDEZ exited Building-1 shortly thereafter carrying a weighted bag ("Bag-1").

b. Around this time, I observed FERNANDEZ enter the driver's side of a vehicle ("Vehicle-1"), which FERNANDEZ thereafter drove to a particular building located in the vicinity of Henry Hudson Parkway and 232nd Street in the Bronx, New York ("Building-2"). Another individual ("CC-1") exited Building-2 and took Bag-1 from FERNANDEZ, and then CC-1 re-entered Building-2. FERNANDEZ thereafter drove Vehicle-1 away from Building-2.

6. Based on my review of records from Building-1, I am aware that an individual with an email address containing the letters "jpena" (the first letter of the first name and the middle name of JERSON PENA FERNANDEZ, the defendant) and with a display name of "Jerson Pena" (the first and middle name of FERNANDEZ)

2

recently paid rent for a particular apartment (the "Apartment") inside Building-1. Accordingly, I believe that FERNANDEZ recently paid rent for the Apartment.

7. Based on my review of surveillance video footage depicting the inside of an elevator inside Building-1, I am aware that footage shows that on or about February 17, 2022, JERSON PENA FERNANDEZ, the defendant, stood inside the elevator of Building-1, exited the elevator on the sixth floor, and then walked in the direction of the Apartment. Accordingly, I believe that FERNANDEZ was inside the Apartment on or about February 17, 2022.

8. Based on my participation in this and other investigations, the information set forth above, as well as the information described below, I believe that Bag-1, which was carried by JERSON PENA FERNANDEZ, the defendant, on or about February 17, 2022, contained narcotics and/or narcotics proceeds.

### March 14, 2022

9. Based on my participation in this investigation, physical surveillance, my conversations with other law enforcement officers, and my training and experience, I have learned, in substance and in part, the following:

a. On or about March 14, 2022, I observed JERSON PENA FERNANDEZ, the defendant, and a different co-conspirator ("CC-2") arrive in the vicinity of Building-1 in Vehicle-1, and then observed FERNDANDEZ exit Vehicle-1 and enter Building-1. Shortly thereafter, FERNANDEZ exited Building-1 while carrying a small plastic bag ("Bag-2") and re-entered Vehicle-1.

b. FERNANDEZ then drove Vehicle-1, with CC-2 in the passenger seat, to the vicinity of Mosholu Parkway and Kossuth Avenue in the Bronx, New York, where FERNANDEZ double-parked Vehicle-1. FERNANDEZ exited Vehicle-1, walked over to another vehicle ("Vehicle-2"), and entered Vehicle-2. Once inside Vehicle-2, FERNANDEZ appeared to reach in the vicinity of the dashboard area of Vehicle-2, and then exited Vehicle-2 holding a weighted bag ("Bag-3"). FERNANDEZ then re-entered Vehicle-1 with Bag-3.

c. Around this time, CC-2 drove Vehicle-1 to the vicinity of Building-1. FERNANDEZ exited Vehicle-1 with Bag-3 and walked inside Building-1, and CC-2 remained in Vehicle-1. Several minutes later, FERNANDEZ exited Building-1 and re-entered Vehicle-1.

d. Around this time, law enforcement approached FERNANDEZ and CC-2 while FERNANDEZ and CC-2 were sitting inside

Vehicle-1. When FERNANDEZ exited Vehicle-1, at the direction of law enforcement, law enforcement observed on FERNANDEZ's lap at least several hundred dollars in cash, bundled in a manner consistent with narcotics proceeds.

        e.    FERNANDEZ stated, in substance and in part, that FERNANDEZ had the keys to Apartment 6D. Around this time, FERNANDEZ also provided law enforcement with written consent to search the Apartment.

        f.    During the subsequent consent search of the Apartment, law enforcement recovered, among other things, (i) inside of a "trap" disguised as an electronic fireplace in the living room, approximately twelve bricks containing a packed white substance (the "Bricks"), and approximately eleven vacuum-sealed plastic bags containing a loose white powder (the "Plastic Bags"), and (ii) inside of a bedroom, hundreds of unstamped and stamped glassines, dozens of glassines containing a white substance, and thousands of dollars in cash, bundled in a manner consistent with narcotics proceeds. The contents of the Bricks and Plastic Bags weighed over 19 kilograms total, and based on my training and experience, as well as my participation in this investigation, I believe the contents of the Brick and Plastic Bags contained fentanyl. A photograph of the Bricks and Plastic Bags taken by law enforcement appears below:



        g.    FERNANDEZ was arrested shortly thereafter and was advised of his *Miranda* rights, which FERNANDEZ waived in

writing prior to speaking with law enforcement. FERNANDEZ stated, in substance and in part, that FERNANDEZ had provided CC-1 with approximately $15,000 and had received approximately five to seven kilograms from CC-1, and FERNANDEZ also stated that FERNANDEZ knew the five to seven kilograms contained "fentanilo," which I know based on communications with law enforcement officers who are fluent in Spanish means "fentanyl" in Spanish.

WHEREFORE the deponent respectfully requests that JERSON PENA FERNANDEZ, the defendant, be imprisoned or bailed, as the case may be.

                                               __S/by the Court with permission__
                                               DOUGLAS LANSING
                                               Detective
                                               NYPD

Sworn to me this
15th day of March 2022

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK